# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baker, Kristine G. | Eastern District of Arkansas | 07/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court - Eastern District of Arkansas
500 West Capitol Avenue, Room D 444
Little Rock, Arkansas 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Arbor Enterprises, LLC |
| 2. | Member | Wasserliebend, LLC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baker, Kristine G. | 07/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 12/31/2018 | MWSGW (Ordinary business income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase #1 | Credit card | J |
| 2. Chase #2 | Credit card | J |
| 3. Am. Express | Credit card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1: (H) | | | | | | | | | |
| 2. Am. Funds Int'l Growth & Income Fund | B | Dividend | L | T | | | | | |
| 3. Am. Funds Europac. Fund | B | Dividend | L | T | Buy (add'l) | 12/13/18 | J | | |
| 4. Am. Funds Growth Fund of Am. | E | Dividend | N | T | | | | | |
| 5. Am. Funds New World Fund | C | Dividend | M | T | | | | | |
| 6. Am. Funds Smallcap World Fund | D | Dividend | M | T | Buy (add'l) | 01/11/18 | J | | |
| 7. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 8. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 9. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 10. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 11. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 12. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 13. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 14. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 15. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 16. Am. Funds Washington Mut. Fund | D | Dividend | M | T | | | | | |
| 17. Am. Funds Global Balanced Fund | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Acct. #2 (Y)(H) | | | | | | | | | |
| 19. Brokerage Acct. #3: (H) | | | | | | | | | |
| 20. Am. Funds Growth Fund of Am. | C | Dividend | K | T | | | | | |
| 21. Am. Funds Int'l Growth & Income Fund | A | Dividend | J | T | | | | | |
| 22. Invesco Constellation Fund | C | Dividend | K | T | | | | | |
| 23. Am. Funds Europac. Fund | B | Dividend | K | T | | | | | |
| 24. Am. Funds New Economy Fund | C | Dividend | K | T | | | | | |
| 25. Am. Funds Small Cap World Fund | B | Dividend | K | T | | | | | |
| 26. Brokerage Acct. #4 (Y) (H) | | | | | | | | | |
| 27. Brokerage Acct. #5: (H) | | | | | | | | | |
| 28. Am. Funds Europac. Fund | B | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 29. Am. Funds New Economy Fund | B | Dividend | K | T | | | | | |
| 30. Brokerage Acct. #6: (H) | | | | | | | | | |
| 31. Am. Funds Europac. Fund | A | Dividend | K | T | | | | | |
| 32. Am. Funds New Economy Fund | B | Dividend | K | T | | | | | |
| 33. Brokerage Acct. #7: (H) | | | | | | | | | |
| 34. Vanguard Moderate Age Based Option Conservative Growth Portfolio | | None | | | Sold | 05/04/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Conservative Age Based Option Income Portfolio | | None | | | Sold | 06/27/18 | M | | |
| 36. Vanguard Moderage Age-Based Option: Income Portfolio | | None | | | Buy | 05/04/18 | L | | |
| 37. | | | | | Sold | 06/27/18 | L | | |
| 38. Vanguard Conservative Growth Portfolio | | None | N | T | Buy | 06/27/18 | N | | |
| 39. Brokerage Acct. #8: (H) | | | | | | | | | |
| 40. American Funds 2024 Fund | | None | | | Sold | 09/26/18 | M | | |
| 41. American Funds VA 529 U.S. Govt. Money Market FD CL A M/M | A | Dividend | M | T | Buy | 09/26/18 | M | | |
| 42. Brokerage Acct. #9: (H) | | | | | | | | | |
| 43. Vanguard Moderate Based Option Conservative Growth Portfolio | | None | | | Buy (add'l) | 03/29/18 | J | | |
| 44. | | | | | Sold | 06/27/18 | L | | |
| 45. Vanguard Conservative Age Based Option Income Portfolio | | None | | | Buy (add'l) | 03/29/18 | J | | |
| 46. | | | | | Sold | 06/27/18 | M | | |
| 47. Vanguard Conservative Growth Portfolio | | None | M | T | Buy | 06/27/18 | M | | |
| 48. | | | | | Sold (part) | 07/26/18 | J | | |
| 49. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 50. Brokerage Acct. #10: (H) | | | | | | | | | |
| 51. American Funds 2024 Fund | | None | | | Sold | 07/09/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds CF24-529A | C | Dividend | M | T | Buy | 07/09/18 | M | | |
| 53. Centennial Bank (Y) | | | | | | | | | |
| 54. Central Bank Cash Account | A | Interest | K | T | | | | | |
| 55. Simmons Bank Cash Account | A | Interest | K | T | | | | | |
| 56. Membership Interest in Arbor Enterprises, LLC: (H) | | | | | | | | | |
| 57. Simmons Bank (Y) | | | | | | | | | |
| 58. Central Bank Cash Account | A | Interest | J | T | | | | | |
| 59. Arbor Brokerage Acct. #1: (H) | | | | | | | | | |
| 60. Am. Funds Int'l Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 61. Am. Funds Growth Fund of Am. | D | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 62. Am. Funds New World Fund | A | Dividend | J | T | | | | | |
| 63. Am. Funds Smallcap World Fund | B | Dividend | J | T | | | | | |
| 64. Am. Funds Washington Mut. Fund | C | Dividend | K | T | | | | | |
| 65. Arbor Brokerage Acct. #2: (H) | | | | | | | | | |
| 66. Am. Funds Fundamental Investors Fund | C | Dividend | K | T | | | | | |
| 67. Am. Funds Growth Fund of Am. | D | Dividend | L | T | | | | | |
| 68. Am. Funds Europac. Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Beacon Stephens Mid Cap Growth Fund | B | Dividend | J | T | | | | | |
| 70. American Beacon Stephens Small Cap Growth Fund | C | Dividend | J | T | | | | | |
| 71. Am. Funds New World Fund | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 72. Membership Interest in Wasserliebend, LLC: (H) | | | | | | | | | |
| 73. Developed parcel ▓ | | None | M | W | | | | | |
| 74. Undeveloped parcel 1 ▓, | | None | J | W | | | | | |
| 75. Undeveloped parcel 2 ▓ | | None | J | W | | | | | |
| 76. Undeveloped parcel 3 ▓, | | None | J | W | | | | | |
| 77. Undeveloped parcel 4 ▓, | | None | J | W | | | | | |
| 78. Simmons First National Bank Cash Account | | None | J | T | | | | | |
| 79. Membership interest in Mitchell Williams | A | Int./Div. | L | U | | | | | |
| 80. Membership interest in ▓, LLC ▓. | A | Dividend | M | W | | | | | |
| 81. Brokerage Acct. #11: (H) | | | | | | | | | |
| 82. Am. Funds Global Balanced Fund | A | Dividend | J | T | | | | | |
| 83. Am. Funds Europac. Fund | C | Dividend | L | T | | | | | |
| 84. Am. Funds Fundamental Investors Fund | C | Dividend | K | T | | | | | |
| 85. Am. Funds Growth Fund of Am. | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Am. Funds Int'l Growth & Income Fund | A | Dividend | K | T | | | | | |
| 87. Am. Funds Smallcap World Fund | B | Dividend | K | T | | | | | |
| 88. Am. Funds Washington Mutual Fund | C | Dividend | K | T | | | | | |
| 89. Brokerage Acct. #12: (H) | | | | | | | | | |
| 90. Am. Funds Int'l Growth & Income Fund | A | Dividend | J | T | | | | | |
| 91. Am. Funds Europac. Fund | C | Dividend | L | T | | | | | |
| 92. Am. Funds Growth Fund of Am. | D | Dividend | L | T | | | | | |
| 93. Am. Funds Smallcap World Fund | B | Dividend | K | T | | | | | |
| 94. Am. Funds Washington Mut. Fund | D | Dividend | L | T | | | | | |
| 95. Other Bank Accts.: (H) | | | | | | | | | |
| 96. Other Bank Acct. - Simmons #1 Cash Account | | None | J | T | | | | | |
| 97. Other Bank Acct. - Simmons #2 Cash Account | | None | J | T | | | | | |
| 98. Other Bank Acct. - Simmons #3 Cash Account | | None | J | T | | | | | |
| 99. Other Bank Acct. - Simmons #4 Cash Account | | None | J | T | | | | | |
| 100. Brokerage Acct. #13: (H) | | | | | | | | | |
| 101. Vanguard 500 Index Fund Investor Class | A | Dividend | J | T | | | | | |
| 102. Brokerage Acct. #14: (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Vanguard 500 Index Fund Investor Class | A | Dividend | J | T | | | | | |
| 104.  Brokerage Acct. #15: (H) | | | | | | | | | |
| 105.  Index Funds S&P 500 Equal Weight | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 106. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 107.  IShares Core MSCI Emerging ETF | A | Dividend | J | T | Buy | 12/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 18 (Y): Brokerage Acct. #2 was closed in 2013, with assets being transferred to other existing brokerage accounts as reported on the 2013 Annual Report.

Line 26 (Y): Brokerage Acct. #4 was closed in 2013, with assets being transferred to other existing brokerage accounts as reported on the 2013 Annual Report.

Line 53 (Y): This account was closed in 2015 with assets being transferred to the account at Line 54.

Line 57 (Y): This Membership Interest in Arbor Enterprises, LLC account was closed in 2017 with assets being transferred to the account at Line 58.

Line 59: This Arbor Brokerage Account #1 has assets held by Arbor Enterprises, LLC, of which the filer is a member.

Line 65: This Arbor Brokerage Account #2 has assets held by Arbor Enterprises, LLC, of which the filer is a member.

Line 104: Brokerage Acct. #15 was opened in 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 07/13/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kristine G. Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544